# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| RANDI ZIEL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO: 4:21-CV-138-SEB-DML |
| | ) |
| SOUTHERNCARE, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Parties' Joint Stipulation of Dismissal, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

Entered this 17th day of May, 2022.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:
To all Counsel of Record